IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01836-GPG

DIMPSEY MARCUS MARTINEZ,

    Applicant,

v.

JOHN KAMMERZELL, U.S. Marshal,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 8.1(c).   Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED November 2, 2015, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge