**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01836-REB

DIMPSEY MARCUS MARTINEZ,

     Applicant,

v.

KENNETH DEAL, Acting United States Marshal,[1]

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER** of Judge Robert E. Blackburn entered on December 11, 2015, it is

ORDERED that the **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#1] filed August 25, 2015, is **DENIED**; it is further

ORDERED that judgment shall enter in favor of the respondent, Kenneth Deal, Acting United States Marshal, and against the applicant, Dimpsey Marcus Martinez; and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is **DENIED**.

Dated at Denver, Colorado this 11th day of December, 2015.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                        By:       s/ K. Finney
                                    K. Finney
                                    Deputy Clerk